**RECEIVED**

FEB 28 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____DIVISION

)
)
Howard, Larry )
)
Plaintiff(s), )
)
v. )    Case No. _____
)        (to be assigned by Clerk of District Court)
Homewood Suites )
St. Lous )
)    JURY TRIAL DEMANDED
)
)    YES ☒   NO ☐
)
Defendant(s).  (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, _et seq._, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** _In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission._

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, _et seq._, for employment discrimination on the basis of age (age 40 or older). **NOTE:** _In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission._

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, _et seq._, for employment discrimination on the basis of disability. **NOTE:** _In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission._

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2.   Plaintiff's name:  Larry Howard

Plaintiff's address:  1945 Nrth Warson Rd apt, F
      Street address or P.O. Box

      St. Louis MO. 63114 *
      City/ County/ State/Zip Code

      314 - 230 - 3026
      Area code and telephone number

3.   Defendant's name:  Homewood Suites St. Louis

Defendant's address:  13639 Riverport Drive
      Street address or P.O. Box

      Maryland Heights, MO, 63043 USA
      City/County/State/ Zip Code

      1 - 502 - 882 - 4244
      Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)                    (City/County)                    (State)    (Zip Code)

5.    When did the discrimination occur?  Please give the date or time period:

____10/01/24_____latest_____01/27/25_____

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes    Date filed: _____

☒ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: ___12/24_____

☐ No

8.    Have you received a Notice of Right-to-Sue Letter?

☑ Yes                              ☐ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

_____ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

✓ retaliation

✓ harassment

✓ other conduct (specify):

assignment, sex, race based hiring practice(s)

Did you complain about this same conduct in your charge of discrimination?

✓ Yes                    _____ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

_____    race

_____    religion

_____    national origin

_____    color

_____    gender

_____    disability

_____    age (birth year is: _____)

___✓___    other:  sex

Did you state the same reason(s) in your charge of discrimination?

[ ✓ ] Yes                    [ ] No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

(1) I have been employed by employer since 2023 (July):

(2) I am frequently being referred to as boo-boo by Netta Williams (housekeeper)

(3) Notified HR 11/25/24

(4) Since then, I have noticed a significant increase in my laundry, which i believe has been accomplished as a form of retaliation,

(Continue to page 6, if additional space is needed.)

5

(A).-

July/August 23' - Feb/Mar. 24 = taking advantage of the clock, racist remarks/slurs meeting in guest rooms/gathering, so-called religious).

April - Oct. 24 = hostile work/toxic environment created due to takeover w/ new mgmt.*

#

Oct.-Nov 24 = I was called Boo-Boo or (boyfriend) by Netta Williams

Oct.- Jan 24-25 = excessive workloads due to some form of retaliation/+ cause is they became aware that i was taking notes at one pp.-nt, i + got into c(n) aggressive situation w/ nett williams

Nov. 25th, 2024 = notified HR

also, id like to add, I am emotionally stressed because of all of the above and my performance isnt good.    (Jan. 25')

racist remarks ( Aug - 23 / Ma 24)
Jessica Perkins (Supervisor)
middle finger
fuck these honkies

I was a witness to this. >
These incidents lead to a hostile/toxic
environment.

(Attach additional sheets as necessary).

6

13.    The acts set forth in paragraph 12 of this complaint:

☑ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

I want the court to award me, Larry Terrell Howard, for:

compensatory damages

front pay/back pay

emotional distress (and I add seeking Punitive damages)

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _26_ day of ___February___, 20_25_.

Signature of Plaintiff _____

8